## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                                    Case No. _____

**Pecoraro, Joseph & Pecoraro, Roxanne** _____    Chapter **7** _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,500.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**194.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,306.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify)

3.  The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **See representation agreement**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **See representation agreement**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**March 11, 2013**_____        **/s/ Robert J. Skowronski**_____
                Date                                **Robert J. Skowronski 6290776**
                                                    **The Law Offices Of Robert J. Skowronski**
                                                    **6160 N. Cicero Ave, Ste 232**
                                                    **Chicago, IL  60646**
                                                    **(773) 283-1600  Fax: (773) 337-9840**
                                                    **Rbskowronski@gmail.com**

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1167 filing fee, $46 administrative fee: Total fee $1213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

**Pecoraro, Joseph & Pecoraro, Roxanne**                          Chapter **7**
_____
                    Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer          petition preparer is not an individual, state
Address:          the Social Security number of the officer,
_____          principal, responsible person, or partner of
          the bankruptcy petition preparer.)
_____          (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Pecoraro, Joseph & Pecoraro, Roxanne**          **X** */s/ Joseph  Pecoraro*          **3/11/2013**
_____          _____
Printed Name(s) of Debtor(s)          Signature of Debtor          Date

Case No. (if known) _____          **X** */s/ Roxanne  Pecoraro*          **3/11/2013**
          _____
          Signature of Joint Debtor (if any)          Date
_____

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1 (Official Form 1) (12/11)**

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pecoraro, Joseph** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Pecoraro, Roxanne** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **4077** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **6354** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5736 N Richmond Street, Apt 1**<br>**Chicago, IL**<br>ZIPCODE **60659** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**5736 N Richmond Street**<br>**Chicago, IL**<br>ZIPCODE **60659** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7            ☐ Chapter 15 Petition for<br>☐ Chapter 9                Recognition of a Foreign<br>☐ Chapter 11              Main Proceeding<br>☐ Chapter 12            ☐ Chapter 15 Petition for<br>☐ Chapter 13              Recognition of a Foreign<br>                                  Nonmain Proceeding |
| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer        ☐ Debts are primarily<br>debts, defined in 11 U.S.C.              business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1) (12/11)                                                                                                                  Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Pecoraro, Joseph & Pecoraro, Roxanne** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X **/s/ Robert J. Skowronski**                                        **3/11/13** <br>     Signature of Attorney for Debtor(s)                                  Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

   ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pecoraro, Joseph & Pecoraro, Roxanne** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Pecoraro**
Signature of Debtor                                    **Joseph Pecoraro**

X **/s/ Roxanne Pecoraro**
Signature of Joint Debtor                          **Roxanne Pecoraro**

Telephone Number (If not represented by attorney)

**March 11, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Robert J. Skowronski**
Signature of Attorney for Debtor(s)

**Robert J. Skowronski 6290776**
**The Law Offices Of Robert J. Skowronski**
**6160 N. Cicero Ave, Ste 232**
**Chicago, IL 60646**
**(773) 283-1600 Fax: (773) 337-9840**
**Rbskowronski@gmail.com**

**March 11, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

**Pecoraro, Joseph** _____    Chapter **7** _____
                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Joseph  Pecoraro** _____

Date: **March 11, 2013** _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                        Case No. _____

**Pecoraro, Roxanne** _____    Chapter **7** _____
                              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **_/s/ Roxanne  Pecoraro_** _____

Date: **March 11, 2013** _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                      Case No. _____

Pecoraro, Joseph & Pecoraro, Roxanne _____   Chapter **7** _____
                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 26,125.04 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 24,587.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 100.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | $ 86,336.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 6,152.77 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 6,680.79 |
| TOTAL | | 44 | $ 26,125.04 | $ 111,023.10 | |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Pecoraro, Joseph & Pecoraro, Roxanne                            Chapter **7** _____
_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 100.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **100.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 6,152.77 |
| Average Expenses (from Schedule J, Line 18) | $ | 6,680.79 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 7,859.24 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 8,587.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 100.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 86,336.10 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 94,923.10 |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                                Case No. _____
_____
        Debtor(s)                                                                (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | | **TOTAL** | **0.00** |

(Report also on Summary of Schedules)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                          Case No. _____
          Debtor(s)                                                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand. In debtor's possession.** | J | 25.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account with Chase bank, account ending in 3131.** | J | 1.30 |
| | | **Checking account with Chase bank, account ending in 8790** | J | 38.74 |
| | | **Credit union account Chicago Firemen's Credit Union, account ending in 9695.** | H | 550.00 |
| | | **Credit union account with Chicago Fire Officers Association Credit Union, account ending in 3212.** | H | 60.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Basic used household goods, furnishings, audio, video, electronic, and computer equipment. In debtor's possession.** | J | 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Basic used clothing. In debtor's possession.** | J | 200.00 |
| 7.  Furs and jewelry. | | **Basic used jewelry. In debtor's possession.** | J | 50.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement account (457). Debtor exepts 100% interest therein.** | H | 1,900.00 |
| | | **Retirement account (Pension). Debtor exepts 100% interest therein.** | H | unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                    Case No. _____
                         Debtor(s)                                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Anticipated state tax refund for tax year 2012.** | J | 1,800.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 Dodge Journey automobile with approximatly 8,000 miles and in excellent condition. In debtor's possession.** | H | 16,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                    Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Claim for unpaid wages. Debtor is a member of a class action against the City of Chicago, 12 CV 699, for unpaid wages. Value given represents Debtor's maximum anticipated recovery.** | H | **5,000.00** |
| | | | **TOTAL** | **26,125.04** |

(Include amounts from any continuation sheets attached.)
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                                Case No. _____
_____
        Debtor(s)                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B – PERSONAL PROPERTY** | | | |
| **Cash on hand. In debtor's possession.** | **735 ILCS 5 §12-1001(b)** | **25.00** | 25.00 |
| **Checking account with Chase bank, account ending in 3131.** | **735 ILCS 5 §12-1001(b)** | **2.00** | 1.30 |
| **Checking account with Chase bank, account ending in 8790** | **735 ILCS 5 §12-1001(b)** | **50.00** | 38.74 |
| **Basic used household goods, furnishings, audio, video, electronic, and computer equipment. In debtor's possession.** | **735 ILCS 5 §12-1001(b)** | **500.00** | 500.00 |
| **Basic used clothing. In debtor's possession.** | **735 ILCS 5 §12-1001(a)** | **100% of FMV** | 200.00 |
| **Basic used jewelry. In debtor's possession.** | **735 ILCS 5 §12-1001(b)** | **50.00** | 50.00 |
| **Retirement account (457). Debtor exepts 100% interest therein.** | **40 ILCS 5 §§22-230, 4-135, 6-213, 19-117** | **100% of FMV** | 1,900.00 |
| **Retirement account (Pension). Debtor exepts 100% interest therein.** | **40 ILCS 5 §§22-230, 4-135, 6-213, 19-117** | **100% of FMV** | unknown |
| **Anticipated state tax refund for tax year 2012.** | **735 ILCS 5 §12-1001(b)** | **1,800.00** | 1,800.00 |
| **Claim for unpaid wages. Debtor is a member of a class action against the City of Chicago, 12 CV 699, for unpaid wages. Value given represents Debtor's maximum anticipated recovery.** | **735 ILCS 5 §§12-1001(h)(1), (i)** <br> **735 ILCS 5 §12-803** | **750.00** <br> **4,250.00** | 5,000.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                                  Case No. _____
_____
Debtor(s)                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2424xxx**<br><br>**Santander Consumer USA**<br>**PO Box 660633**<br>**Dallas, TX  75266-0633** | | H | **05/2012 Car loan** | | | | 24,587.00 | 8,587.00 |
| | | | VALUE $ **16,000.00** | | | | | |
| ACCOUNT NO.<br><br>**Santander Consumer USA**<br>**PO Box 961245**<br>**Fort Worth, TX  76161-0244** | | | **Assignee or other notification for:**<br>**Santander Consumer USA** | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_____ **0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ 24,587.00 | $ 8,587.00 |
| Total<br>(Use only on last page) | $ 24,587.00 | $ 8,587.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                                     Case No. _____
_____
Debtor(s)                                                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne                    Case No. _____
_____
            Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0395<br><br>**Berwyn Police Department<br>6401 W 31st Street<br>Berwyn, IL 60402** | | J | **2008 Parking ticket** | | | | **100.00** | **100.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **100.00** $ **100.00** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **100.00**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **100.00** $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                    Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1895** <br><br> **Advanced Diagnostics** <br> **232 W Peterson, Ste 2** <br> **Chicago, IL  60659** | | H | **2012 Medical bill** | | | | **123.00** |
| ACCOUNT NO. **0111** <br><br> **Advanced Radiology Consultants SC** <br> **520 E 22nd Street** <br> **Lombard, IL  60148** | | H | **2011 Medical bill** | | | | **10.00** |
| ACCOUNT NO. <br><br> **ICS** <br> **PO Box 1010** <br> **Tinley Park, IL  60477-9110** | | | **Assignee or other notification for:** <br> **Advanced Radiology Consultants SC** | | | | |
| ACCOUNT NO. **3028** <br><br> **Advanced Radiology Consultants SC** <br> **520 E 22nd Street** <br> **Lombard, IL  60148** | | H | **2012 Medical bill** | | | | **78.00** |

_____**29**_____ continuation sheets attached

Subtotal
(Total of this page)    $    **211.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7038** <br> **Advocate Health Centers** <br> **1460 N Halsted, 401** <br> **Chicago, IL  60642** | | H | **2012 Medical bill** | | | | **9.02** |
| ACCOUNT NO. <br> **Advocate Health & Hospital Corp** <br> **C/O Gail D Hasbrouck** <br> **2025 Windsor Drive** <br> **Oak Brook, IL  60523-0000** | | | **Assignee or other notification for:** <br> **Advocate Health Centers** | | | | |
| ACCOUNT NO. <br> **ICS** <br> **PO Box 1010** <br> **Tinley Park, IL  60477-9110** | | | **Assignee or other notification for:** <br> **Advocate Health Centers** | | | | |
| ACCOUNT NO. **2412** <br> **Advocate Health Centers** <br> **1460 N Halsted, 401** <br> **Chicago, IL  60642** | | W | **2012 Medical bill** | | | | **45.00** |
| ACCOUNT NO. <br> **Advocate Health & Hospital Corp** <br> **C/O Gail D Hasbrouck** <br> **2025 Windsor Drive** <br> **Oak Brook, IL  60523-0000** | | | **Assignee or other notification for:** <br> **Advocate Health Centers** | | | | |
| ACCOUNT NO. <br> **ICS** <br> **PO Box 1010** <br> **Tinley Park, IL  60477-9110** | | | **Assignee or other notification for:** <br> **Advocate Health Centers** | | | | |
| ACCOUNT NO. **1053** <br> **AFNI** <br> **PO Box 3427** <br> **Bloomington, IL  61702-3427** | | W | **06/2009 Collection account for Verizon wireless** | | | | **82.00** |

Sheet no. ___**1**___ of ___**29**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $    **136.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne                    Case No. _____
_____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **AFNI** <br> **PO Box 3097** <br> **Bloomington, IL  61702-0000** | | | Assignee or other notification for: <br> AFNI | | | | |
| ACCOUNT NO. <br> **Verizon Wireless Co** <br> **PO Box 25505** <br> **Lehigh Valley, PA  18002-5505** | | | Assignee or other notification for: <br> AFNI | | | | |
| ACCOUNT NO. **3472** <br> **AFNI** <br> **PO Box 3427** <br> **Bloomington, IL  61702-3427** | | H | **2011 Delinquent utlity bill** | | | | **401.00** |
| ACCOUNT NO. <br> **AT&T Mobility** <br> **PO Box 105503** <br> **Atlanta, GA  30348-5503** | | | Assignee or other notification for: <br> AFNI | | | | |
| ACCOUNT NO. **3653** <br> **Allstate Indeminty Company** <br> **PO Box 12055** <br> **Roanoke, VA  24018** | | J | **2007 Cancelation fee** | | | | **36.00** |
| ACCOUNT NO. <br> **Credit Collection Services** <br> **PO Box 55126** <br> **Boston, MA  02205** | | | Assignee or other notification for: <br> Allstate Indeminty Company | | | | |
| ACCOUNT NO. **22xxx** <br> **American Credit Bureau Inc** <br> **1200 N Federal Highway, Ste 200** <br> **Boca Raton, FL  33432** | | H | **12/2007 Collection account for Meier Clinics** | | | | **80.00** |

Sheet no. **2** of **29** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **517.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                    Case No. _____
  _____                              _____
            Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **COBC** <br><br>**Apria Healthcare**<br>**PO Box 802017**<br>**Chicago, IL  60680-2017** | | H | **2008 Medical bill** | | | | **158.00** |
| ACCOUNT NO. 6314 <br><br>**Archer Family Medical Group**<br>**6649 W Archer Ave**<br>**Chicago, IL  60638-2419** | | H | **2011 Medical bill** | | | | **105.00** |
| ACCOUNT NO. 0270xxx <br><br>**Armor Systems Corporation**<br>**1700 Kiefer Dr, Ste 1**<br>**Zion, IL  60099-5105** | | H | **05/2012 Collection account for Swedish Covenant Hospital** | | | | **100.00** |
| ACCOUNT NO. <br><br>**Armor Systems Corporation**<br>**2322 N Green Bay Road**<br>**Waukegan, IL  60087-4209** | | | **Assignee or other notification for:**<br>**Armor Systems Corporation** | | | | |
| ACCOUNT NO. 0268xxx <br><br>**Armor Systems Corporation**<br>**1700 Kiefer Dr, Ste 1**<br>**Zion, IL  60099-5105** | | H | **01/2012 Collection account for Swedish Covenant Hospital** | | | | **218.00** |
| ACCOUNT NO. 0228xxx <br><br>**Armor Systems Corporation**<br>**1700 Kiefer Dr, Ste 1**<br>**Zion, IL  60099-5105** | | H | **07/2008 Collection account for Midwest Ear Nose Throat Con** | | | | **161.00** |
| ACCOUNT NO. 9025 <br><br>**Assigned Credit Solutions**<br>**800 North Kings Highway, Ste 100**<br>**Cherry Hill, NJ  08034** | | W | **2008 Collection account for HSBC** | | | | **1,070.00** |

Sheet no. **3** of **29** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **1,812.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] – Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Associated Pathology Consultants** <br> **PO Box 3680** <br> **Peoria, IL 61612** | | W | **2007 Medical bill** | | | | **54.00** |
| ACCOUNT NO. <br> **Northwest Collectors** <br> **3601 Algonquin Rd, Ste 232** <br> **Rolling Meadows, IL 60008** | | | **Assignee or other notification for:** <br> **Associated Pathology Consultants** | | | | |
| ACCOUNT NO. **3APC** <br> **Associated Pathology Consultants** <br> **PO Box 3680** <br> **Peoria, IL 61612** | | W | **Medical bill** | | | | **589.00** |
| ACCOUNT NO. **56xxx** <br> **ATG Credit LLC** <br> **PO Box 14895** <br> **Chicago, IL 60614-0895** | | H | **02/2013 Collection account for Suburban Lung Associates** | | | | **224.00** |
| ACCOUNT NO. **3942** <br> **Athletico** <br> **709 Enterprise Drive** <br> **Oak Brook, IL 60523** | | H | **2012 Medical bill** | | | | **20.00** |
| ACCOUNT NO. **5080** <br> **Atlantic Credit And Finance** <br> **2727 Franklin Road SW** <br> **Roanoke, VA 24014** | | H | **2008 Collection account for Vanguard Health Systems** | | | | **83.00** |
| ACCOUNT NO. <br> **CBCS** <br> **PO Box 163250** <br> **Columbus, OH 43216-0000** | | | **Assignee or other notification for:** <br> **Atlantic Credit And Finance** | | | | |

Sheet no. **4** of **29** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **970.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                              Case No. _____
_____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0866xxx**<br><br>**Capital One Auto Finance**<br>**PO Box 60511**<br>**City Of Industry, CA  91716** | | J | **12/2005 Car loan - Deficiency on repossessed vehicle** | | | | **6,528.00** |
| ACCOUNT NO. **1862**<br><br>**Central Dupage Hospital**<br>**PO Box 4090**<br>**Carol Stream, IL  60197** | | H | **2008/09 Medical bill** | | | | **1,193.00** |
| ACCOUNT NO.<br><br>**Merchants Credit Guide**<br>**223 W Jackson Blvd, Ste 410**<br>**Chicago, IL  60606** | | | **Assignee or other notification for:**<br>**Central Dupage Hospital** | | | | |
| ACCOUNT NO. **2183**<br><br>**Central Dupage Hospital**<br>**Dept 4698**<br>**Carol Stream, IL  60122-4698** | | H | **2009 Medical bill** | | | | **119.00** |
| ACCOUNT NO.<br><br>**Healthcare Recovery Solutions**<br>**PO Box 51315**<br>**Los Angeles, CA  90051-1165** | | | **Assignee or other notification for:**<br>**Central Dupage Hospital** | | | | |
| ACCOUNT NO. **2350**<br><br>**CEP America**<br>**PO Box 582663**<br>**Modesto, CA  95358-0045** | | W | **2010 Medical bill** | | | | **194.00** |
| ACCOUNT NO. **3212**<br><br>**Chicago Fire Officers Ass Credit Union**<br>**10231 S Western Ave**<br>**Chicago, IL  60643** | | H | **2012 Personal loan** | | | | **3,538.00** |

Sheet no. ____**5**____ of ____**29**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ **11,572.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) |$

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne                    Case No. _____

_____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9695**<br><br>**Chicago Fireman's Credit Union**<br>**2453 S Archer Ave**<br>**Chicago, IL  60616** | | H | **2012 Personal loan** | | | | **3,656.00** |
| ACCOUNT NO. **8193**<br><br>**Consultants In Clinical Pathology**<br>**37416 Eagle Way**<br>**Chicago, IL  60678** | | W | **2010 Medical bill** | | | | **3.00** |
| ACCOUNT NO. **3352**<br><br>**Crandon Emergency Physicians**<br>**PO Box 42911**<br>**Philadelphia, PA  19101-2911** | | H | **2011 Medical bill** | | | | **9.00** |
| ACCOUNT NO. **4145xxx**<br><br>**Credit Managment**<br>**4200 International Parkway**<br>**Carrolton, TX  75007** | | H | **11/2009 Collection account for Comcast** | | | | **123.00** |
| ACCOUNT NO.<br><br>**Comcast**<br>**PO Box 3002**<br>**Southeastern, PA  19398-3002** | | | **Assignee or other notification for: Credit Managment** | | | | |
| ACCOUNT NO.<br><br>**Credit Managment**<br>**17070 Dallas Parkway**<br>**Dallas, TX  75248-1950** | | | **Assignee or other notification for: Credit Managment** | | | | |
| ACCOUNT NO. **9600**<br><br>**Creditors Discount & Aud**<br>**PO Box 213**<br>**Streator, IL  61364-0213** | | W | **09/2009 Collection account for Newsome McCloughan Pt Center** | | | | **91.00** |

Sheet no. __**6**__ of __**29**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,882.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne _____   Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Creditors Discount & Aud**<br>**415 E Main Street**<br>**Streator, IL  61364-0213** | | | **Assignee or other notification for:**<br>**Creditors Discount & Aud** | | | | |
| ACCOUNT NO. **ROOO**<br>**Dean R Milos MD**<br>**332 N York Rd**<br>**Elmhurst, IL  60126-2318** | | J | **2008 Dental bill** | | | | **228.00** |
| ACCOUNT NO. **28xxx**<br>**Diversified Services**<br>**PO Box 80185**<br>**Phoenix, AZ  85060-0185** | | H | **06/2010 Collection account for Sportsmed Wheaton Orthopeadics** | | | | **521.00** |
| ACCOUNT NO. **7230**<br>**DuPage Medical Group**<br>**15921 Collections Center Drive**<br>**Chicago, IL  60693-0159** | | H | **2009 Medical bill** | | | | **1,042.00** |
| ACCOUNT NO.<br>**DuPage Medical Group**<br>**1860 Paysphere Circle**<br>**Chicago, IL  60674** | | | **Assignee or other notification for:**<br>**DuPage Medical Group** | | | | |
| ACCOUNT NO.<br>**Merchants Credit Guide**<br>**223 W Jackson Blvd, Ste 410**<br>**Chicago, IL  60606** | | | **Assignee or other notification for:**<br>**DuPage Medical Group** | | | | |
| ACCOUNT NO. **3000**<br>**Dupage Meta Vascular Medicine**<br>**PO Box 479**<br>**Winfield, IL  60190-0479** | | H | **2010 Medical bill** | | | | **225.00** |

Sheet no. ___**7**___ of ___**29**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,016.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne                  Case No. _____
                    Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A881**<br>**Dupage Neurological Associates**<br>**PO Box 843450**<br>**Boston, MA  02284** | | **W** | **2008 Medical bill** | | | | **135.00** |
| ACCOUNT NO.<br>**American Agencies Inc**<br>**PO Box 115**<br>**Clarendon Hills, IL  60514-0000** | | | **Assignee or other notification for:**<br>**Dupage Neurological Associates** | | | | |
| ACCOUNT NO. **0815**<br>**DuPage Pathology Associates**<br>**520 E 22nd St**<br>**Lombard, IL  60148-6110** | | **W** | **2011 Medical bill** | | | | **11.00** |
| ACCOUNT NO. **E000**<br>**Edgnebrook Radiology**<br>**PO Box 7389**<br>**Prospect Heights, IL  60070-7389** | | **H** | **2012 Medical bill** | | | | **86.00** |
| ACCOUNT NO. **7879**<br>**Elmhurst Anesthesiologist**<br>**PO Box 87916**<br>**Carol Stream, IL  60188-7916** | | **H** | **2007 Medical bill** | | | | **900.00** |
| ACCOUNT NO. **0299**<br>**Elmhurst Clinic**<br>**172 Schiller Street**<br>**Elmhurst, IL  60126** | | **H** | **2011 Medical bill** | | | | **3,670.00** |
| ACCOUNT NO.<br>**Computer Credit Inc**<br>**640 West Fourth St**<br>**Winston-Salem, NC  27113-5238** | | | **Assignee or other notification for:**<br>**Elmhurst Clinic** | | | | |

Sheet no. ___**8**___ of ___**29**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,802.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                      Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Elmhurst Clinic**<br>**75 Remittance Drive, Ste 1253**<br>**Chicago, IL  60675-1253** | | | **Assignee or other notification for:**<br>**Elmhurst Clinic** | | | | |
| ACCOUNT NO.<br>**Elmhurst Memorial Hospital**<br>**PO Box 92348**<br>**Chicago, IL  60675-2348** | | | **Assignee or other notification for:**<br>**Elmhurst Clinic** | | | | |
| ACCOUNT NO.<br>**Mira Med Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL  60148-6408** | | | **Assignee or other notification for:**<br>**Elmhurst Clinic** | | | | |
| ACCOUNT NO. **1750**<br>**Elmhurst Hospital**<br>**Dept 4052**<br>**Carol Stream, IL  60122** | | W | **2008 Medical bill** | | | | **477.00** |
| ACCOUNT NO.<br>**Computer Credit Inc**<br>**640 West Fourth St**<br>**Winston-Salem, NC  27113-5238** | | | **Assignee or other notification for:**<br>**Elmhurst Hospital** | | | | |
| ACCOUNT NO.<br>**Elmhurst Memorial Hospital**<br>**PO Box 92348**<br>**Chicago, IL  60675-2348** | | | **Assignee or other notification for:**<br>**Elmhurst Hospital** | | | | |
| ACCOUNT NO. **6742**<br>**Elmhurst Outpatient Surgery Center**<br>**1200 S York Rd**<br>**Elhurst, IL  60126** | | H | **2008 Medical bill** | | | | **8,223.00** |

Sheet no. _____**9**_ of ____**29**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **8,700.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne** _____  Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7325xxx**<br><br>**EOS CCA**<br>**PO Box 556**<br>**Norwell, MA  02061-0556** | | W | 02/2007 Collection account for Medical Imagining N North Bay | | | | 59.00 |
| ACCOUNT NO.<br><br>**EOS Group**<br>**700 Longwater Drive**<br>**Norwell, MA  02061** | | | Assignee or other notification for:<br>**EOS CCA** | | | | |
| ACCOUNT NO. **1983**<br><br>**Evergreen Emergency Services**<br>**PO Box 428080**<br>**Evergreen Park, IL  60805** | | H | 2010 Medical bill | | | | 270.00 |
| ACCOUNT NO. **1512xxx**<br><br>**FFCC Columbus Inc**<br>**PO Box 20790**<br>**Columbus, OH  43220** | | H | 09/2012 Collection account for Orthopedics and Sports Medicine | | | | 196.00 |
| ACCOUNT NO. **6184**<br><br>**Fifth Third Bank**<br>**PO Box 630900**<br>**Cincinnati, OH  45263-0900** | | J | Delinquent bank account balance | | | | 384.00 |
| ACCOUNT NO. **7285xxxx**<br><br>**First Financial Investment Fund V**<br>**230 Peachtree SW, Ste 1500**<br>**Atlanta, GA  30303-1532** | | W | | | | | 230.99 |
| ACCOUNT NO. **7128**<br><br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD  57107** | | H | 12/2007 - 12/2010 Credit card bill | | | | 450.00 |

Sheet no. **10** of **29** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,589.99**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne                    Case No. _____
              Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First National Collection Bureau**<br>**PO Box 51660**<br>**Sparks, NV  89435-0000** | | | **Assignee or other notification for:**<br>**First Premier Bank** | | | | |
| ACCOUNT NO.<br>**GFS REsolve**<br>**PO Box 4865**<br>**Beaverton, OR  97079-4865** | | | **Assignee or other notification for:**<br>**First Premier Bank** | | | | |
| ACCOUNT NO.<br>**PFG Of Minnesota**<br>**7825 Washington Ave S Ste 310**<br>**Minneapolis, MN  55439-2409** | | | **Assignee or other notification for:**<br>**First Premier Bank** | | | | |
| ACCOUNT NO.<br>**Source Receivables Managment**<br>**PO Box 4068**<br>**Greensboro, NC  27404-4068** | | | **Assignee or other notification for:**<br>**First Premier Bank** | | | | |
| ACCOUNT NO. **3124**<br>**Genesis Clinical Laboratory**<br>**1590 Paysphere Circle**<br>**Chicago, IL  60674-0015** | | H | **2010 Medical bill** | | | | **20.00** |
| ACCOUNT NO. **1989**<br>**Glen Ellyn Family Dental Care**<br>**658 Roosevelt Road**<br>**Glen Elen, IL  60137** | | W | **2010 Dental bill** | | | | **59.00** |
| ACCOUNT NO. **9198**<br>**Hinsdale Anesthesia Associates**<br>**Dept 77 9131**<br>**Chicago, IL  60678-9131** | | W | **2011 Medical bill** | | | | **130.00** |

Sheet no. __**11**__ of __**29**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 $    **209.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0208xxx**<br>**HSBC Payment Processing**<br>**PO Box 4153**<br>**Carol Stream, IL 60197-4153** | | J | **09/2005 Car loan - Deficiency on repossessed vehicle** | | | | 12,331.00 |
| ACCOUNT NO.<br>**HFC**<br>**PO Box 9068**<br>**Brandon, FL 33509-0000** | | | **Assignee or other notification for:**<br>**HSBC Payment Processing** | | | | |
| ACCOUNT NO. **178xxx**<br>**Huelson Law Firm**<br>**16029 South Bradle**<br>**Olathe, KS 66062** | | J | **03/2010 Collection account for AMLI at Danada Farms** | | | | 6,371.00 |
| ACCOUNT NO.<br>**L Donald Huelson**<br>**16128 S Summertree Lane**<br>**Olathe, KS 66062-7061** | | | **Assignee or other notification for:**<br>**Huelson Law Firm** | | | | |
| ACCOUNT NO. **2052**<br>**JRSI Inc**<br>**421 N Northwest Hwy**<br>**Barrington, IL 60010** | | H | **11/2012 Collection account for Credit One Bank** | | | | 1,481.00 |
| ACCOUNT NO.<br>**Law Offices Of Steven J Fink**<br>**25 E Washington, Ste 1233**<br>**Chicago, IL 60602-0000** | | | **Assignee or other notification for:**<br>**JRSI Inc** | | | | |
| ACCOUNT NO. **6966**<br>**Little Company Of May Hospital**<br>**736 W 95th Street**<br>**Chicago, IL 60628** | | W | **2010 Medical bill** | | | | 723.00 |

Sheet no. **12** of **29** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **20,906.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne                            Case No. _____
                         Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Little Company Of May Hospital Payment<br>2800 West 95th Street<br>Evergreen Park, IL  60805-2701** | | | **Assignee or other notification for:**<br>**Little Company Of May Hospital** | | | | |
| ACCOUNT NO.<br>**Nationwide Credit & Collection<br>815 Commerce Drive, Ste 100<br>Oak Brook, IL  60523** | | | **Assignee or other notification for:**<br>**Little Company Of May Hospital** | | | | |
| ACCOUNT NO. **6799**<br>**Loyola University Medical Center<br>PO Box 6559<br>Carol Stream, IL  60197-6559** | | H | **2010 Medical bill** | | | | **18.00** |
| ACCOUNT NO. **1792**<br>**Loyola University Physicians Group<br>2160 S 1st Ave<br>Maywood, IL  60153** | | H | **2012 Medical bill** | | | | **17.60** |
| ACCOUNT NO.<br>**ICS<br>PO Box 1010<br>Tinley Park, IL  60477-9110** | | | **Assignee or other notification for:**<br>**Loyola University Physicians Group** | | | | |
| ACCOUNT NO. **3828**<br>**Lutheran General Hospital<br>1775 Dempster Street<br>Park Ridge, IL  60068** | | W | **2011 Medical bill** | | | | **125.00** |
| ACCOUNT NO.<br>**Advocate Lutheran General Hospital<br>PO Box 4249<br>Carol Stream, IL  60197-4249** | | | **Assignee or other notification for:**<br>**Lutheran General Hospital** | | | | |

Sheet no. **13** of **29** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **160.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**       Case No. _____

          Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Advocate Medical Group**<br>**PO Box 92523**<br>**Chicago, IL 60675-2523** | | | **Assignee or other notification for:**<br>**Lutheran General Hospital** | | | | |
| ACCOUNT NO.<br>**Lutheran General Hospital**<br>**PO Box 73208**<br>**Chicago, IL 60673-7208** | | | **Assignee or other notification for:**<br>**Lutheran General Hospital** | | | | |
| ACCOUNT NO.<br>**Medical Recovery Specialists**<br>**2250 E Devon Ave, Ste 352**<br>**Des Plaines, IL 60018-4521** | | | **Assignee or other notification for:**<br>**Lutheran General Hospital** | | | | |
| ACCOUNT NO.<br>**LVNV Funding LLC**<br>**625 Pilot Road, Ste 2**<br>**Las Vegas, NV 89119** | H | | **2012 Collection account** | | | | **670.00** |
| ACCOUNT NO.<br>**LVNV Funding**<br>**C/O CT Corporate Systems**<br>**208 S LaSalle St, Ste 814**<br>**Chicago, IL 60604** | | | **Assignee or other notification for:**<br>**LVNV Funding LLC** | | | | |
| ACCOUNT NO. **4804**<br>**M&M Orthopaedics**<br>**4115 Fairview Ave**<br>**Downer's Grove, IL 60515** | W | | **2011 Medical bill** | | | | **191.00** |
| ACCOUNT NO.<br>**Forest Recovery Services LLC**<br>**PO Box 83**<br>**Barrington, IL 60011-0083** | | | **Assignee or other notification for:**<br>**M&M Orthopaedics** | | | | |

Sheet no. **14** of **29** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal
        (Total of this page)   $     **861.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE <u>Pecoraro, Joseph & Pecoraro, Roxanne</u>                    Case No. _____
                              Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3498**<br>**Macneal Hospital Payment Address**<br>**2384 Paysphere Circle**<br>**Chicago, IL  60674-0023** | | H | **2010 Medical bill** | | | | **106.00** |
| ACCOUNT NO.<br>**CMRE Financial Services**<br>**3075 E Imperial Hwy, Ste 200**<br>**Brea, CA  92821** | | | **Assignee or other notification for:**<br>**Macneal Hospital Payment Address** | | | | |
| ACCOUNT NO.<br>**M3 Financial Services Inc**<br>**PO Box 7230**<br>**Westchester, IL  60154-0000** | | | **Assignee or other notification for:**<br>**Macneal Hospital Payment Address** | | | | |
| ACCOUNT NO. **7285**<br>**Macneal Hospital Payment Address**<br>**2384 Paysphere Circle**<br>**Chicago, IL  60674-0023** | | H | **2011 Medical bill** | | | | **231.00** |
| ACCOUNT NO. **6593**<br>**Macneal Hospital Payment Address**<br>**2384 Paysphere Circle**<br>**Chicago, IL  60674-0023** | | H | **2011 Medical bill** | | | | **78.00** |
| ACCOUNT NO. **8612**<br>**Macneal Hospital Payment Address**<br>**2384 Paysphere Circle**<br>**Chicago, IL  60674-0023** | | H | **2011 Medical bill** | | | | **98.00** |
| ACCOUNT NO. **9077**<br>**Macneal Hospital Payment Address**<br>**2384 Paysphere Circle**<br>**Chicago, IL  60674-0023** | | H | **2011 Medical bill** | | | | **299.00** |

Sheet no. __15__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 812.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                    Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7285**<br>**Macneal Hospital Payment Address**<br>**2384 Paysphere Circle**<br>**Chicago, IL  60674-0023** | | W | **2011 Medical bill** | | | | **231.00** |
| ACCOUNT NO. **9077**<br>**Macneal Hospital Payment Address**<br>**2384 Paysphere Circle**<br>**Chicago, IL  60674-0023** | | W | **2011 Medical bill** | | | | **299.00** |
| ACCOUNT NO. **A683**<br>**Macneal Hospital Payment Address**<br>**2384 Paysphere Circle**<br>**Chicago, IL  60674-0023** | | W | **2011 Medical bill** | | | | **193.00** |
| ACCOUNT NO. **A683**<br>**Macneal Hospital Payment Address**<br>**2384 Paysphere Circle**<br>**Chicago, IL  60674-0023** | | W | **2011 Medical bill** | | | | **7.00** |
| ACCOUNT NO. **3954xxx**<br>**Medical Business Bureau**<br>**PO Box 1219**<br>**Park Ridge, IL  60068-7219** | | W | **09/2007 Collection account for ELmurst Emergency Med Services** | | | | **212.00** |
| ACCOUNT NO.<br>**Medical Business Bureau**<br>**1460 Renaissance Drive**<br>**Park Ridge, IL  60068** | | | **Assignee or other notification for:**<br>**Medical Business Bureau** | | | | |
| ACCOUNT NO.<br>**Midwest Orthopedics**<br>**One Westbrook Corporate Center, Ste 240**<br>**Westchester, IL  60154** | | | **Assignee or other notification for:**<br>**Medical Business Bureau** | | | | |

Sheet no. __**16**__ of __**29**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **942.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne** _____    Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3954xxx** <br><br> **Medical Business Bureau** <br> **PO Box 1219** <br> **Park Ridge, IL  60068-7219** | | W | **09/2007 Collection account for Elmhurst Emergency Medical Services** | | | | 40.00 |
| ACCOUNT NO. <br><br> **Medical Business Bureau** <br> **1460 Renaissance Drive** <br> **Park Ridge, IL  60068** | | | **Assignee or other notification for: Medical Business Bureau** | | | | |
| ACCOUNT NO. <br><br> **Midwest Orthopedics** <br> **One Westbrook Corporate Center, Ste 240** <br> **Westchester, IL  60154** | | | **Assignee or other notification for: Medical Business Bureau** | | | | |
| ACCOUNT NO. **4144xxx** <br><br> **Medical Business Bureau** <br> **PO Box 1219** <br> **Park Ridge, IL  60068-7219** | | H | **06/2008 Collection acocunt for Elmhurst Anesthesia** | | | | 900.00 |
| ACCOUNT NO. <br><br> **Medical Business Bureau** <br> **1460 Renaissance Drive** <br> **Park Ridge, IL  60068** | | | **Assignee or other notification for: Medical Business Bureau** | | | | |
| ACCOUNT NO. <br><br> **Midwest Orthopedics** <br> **One Westbrook Corporate Center, Ste 240** <br> **Westchester, IL  60154** | | | **Assignee or other notification for: Medical Business Bureau** | | | | |
| ACCOUNT NO. **5400xxx** <br><br> **Medical Business Bureau** <br> **PO Box 1219** <br> **Park Ridge, IL  60068-7219** | | H | **01/2013 Collection account for Central DuPage Emergency Physicians** | | | | 90.00 |

Sheet no. **17** of **29** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,030.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**          Case No. _____
 _____
          Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Medical Business Bureau** <br> **1460 Renaissance Drive** <br> **Park Ridge, IL  60068** | | | Assignee or other notification for: <br> **Medical Business Bureau** | | | | |
| ACCOUNT NO. <br> **Midwest Orthopedics** <br> **One Westbrook Corporate Center, Ste 240** <br> **Westchester, IL  60154** | | | Assignee or other notification for: <br> **Medical Business Bureau** | | | | |
| ACCOUNT NO. **1977** <br> **Meier Clinics** <br> **PO Box 1971** <br> **Rockford, IL  61110** | | H | **2007 Medical bill** | | | | 81.00 |
| ACCOUNT NO. **1208xxx** <br> **Merchants Credit Guide** <br> **223 W Jackson Blvd, Ste 900** <br> **Chicago, IL  60606** | | W | **07/2011 Collection account for Adventist LaGrange Memorial Hospital** | | | | 209.00 |
| ACCOUNT NO. <br> **Merchants Credit Guide** <br> **223 W Jackson Blvd, Ste 410** <br> **Chicago, IL  60606** | | | Assignee or other notification for: <br> **Merchants Credit Guide** | | | | |
| ACCOUNT NO. **1208xxx** <br> **Merchants Credit Guide** <br> **223 W Jackson Blvd, Ste 410** <br> **Chicago, IL  60606** | | W | **07/2011 Collection account for Adventist LaGrange Memorial Hospital** | | | | 209.00 |
| ACCOUNT NO. **8315xxx** <br> **Merchants Credit Guide** <br> **223 W Jackson Blvd, Ste 410** <br> **Chicago, IL  60606** | | W | **11/2008 Collection account for Central DuPage Physicians Group** | | | | 102.00 |

Sheet no. **18** of **29** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 601.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                  Case No. _____
_____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8065xxx**<br>**Merchants Credit Guide**<br>**223 W Jackson Blvd, Ste 410**<br>**Chicago, IL  60606** | | W | 03/2008 Collection account for Central DuPage Physicians Group | | | | 166.00 |
| ACCOUNT NO. **7166xxx**<br>**Merchants Credit Guide**<br>**223 W Jackson Blvd, Ste 410**<br>**Chicago, IL  60606** | | W | 06/2007 Collection account for Adventist LaGrange Memorial Hospital | | | | 900.00 |
| ACCOUNT NO. **2180xxx**<br>**Merchants Credit Guide**<br>**223 W Jackson Blvd, Ste 410**<br>**Chicago, IL  60606** | | H | 06/2012 Collection account for Central DuPage Hospital | | | | 118.00 |
| ACCOUNT NO. **2180xxx**<br>**Merchants Credit Guide**<br>**223 W Jackson Blvd, Ste 410**<br>**Chicago, IL  60606** | | H | 06/2012 Collection account for Central DuPage Hospital | | | | 955.00 |
| ACCOUNT NO. **4092**<br>**Merchants Credit Guide**<br>**223 W Jackson Blvd, Ste 410**<br>**Chicago, IL  60606** | | H | 2011 Medical bills for Dupage Medical Group & Elmhurst Outpatient Surgery Ctr | | | | 9,587.00 |
| ACCOUNT NO.<br>**DuPage Medical Group**<br>**15921 Collections Center Drive**<br>**Chicago, IL  60693-0159** | | | Assignee or other notification for: Merchants Credit Guide | | | | |
| ACCOUNT NO.<br>**Elmhurst Outpatient Surgery Center**<br>**1200 S York Rd**<br>**Elhurst, IL  60126-0000** | | | Assignee or other notification for: Merchants Credit Guide | | | | |

Sheet no. __**19**__ of __**29**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **11,726.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                                    Case No. _____
_____
　　　　　　　　　　Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8378**<br>**Merchants Interstate Collection Agency**<br>**640 Plaza Drive, Ste 310**<br>**Highlands Ranch, CO  81029-2399** | | H | **2008 Collection account for Taekwondo America** | | | | **1,227.00** |
| ACCOUNT NO. **2697**<br>**Metropolitan Advanced Radiological Svcs**<br>**3249 Oak Park Ave**<br>**Berwyn, IL  60402** | | H | **2011 Medical bill** | | | | **41.00** |
| ACCOUNT NO.<br>**Merchants Credit Guide**<br>**223 W Jackson Blvd, Ste 410**<br>**Chicago, IL  60606** | | | **Assignee or other notification for:**<br>**Metropolitan Advanced Radiological Svcs** | | | | |
| ACCOUNT NO. **1697**<br>**Metropolitan Advanced Radiological Svcs**<br>**3249 Oak Park Ave**<br>**Berwyn, IL  60402** | | H | **2011 Medical bill** | | | | **55.00** |
| ACCOUNT NO. **3005**<br>**Midwest Dental Sleep Center**<br>**150 E Huron St, 1103**<br>**Chicago, IL  60611** | | H | **2011 Collection account** | | | | **193.00** |
| ACCOUNT NO.<br>**Medical Collections Specialists**<br>**PO Box 314**<br>**Bargersville, IN  46106-0000** | | | **Assignee or other notification for:**<br>**Midwest Dental Sleep Center** | | | | |
| ACCOUNT NO. **0184**<br>**Midwest Earn Nose & Throat Consultatns**<br>**25 N Winfield Rd, 519**<br>**Winfield, IL  60190** | | H | **20087 Medicla bill** | | | | **161.00** |

Sheet no. __**20**__ of __**29**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,677.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne _____  Case No. _____
                                 Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **746**<br>**Naperville Physical Therapy**<br>**630 E Ogden Ave**<br>**Naperville, IL  60563** | | W | **2010 Medical bill** | | | | **85.00** |
| ACCOUNT NO. **0903**<br>**Newsome Physical Therapy Network**<br>**920 Essington Road**<br>**Joliet, IL  60435** | | W | **2009 Medical bill** | | | | **91.00** |
| ACCOUNT NO. **7415**<br>**Northshore University Health System**<br>**9532 Eagle Way**<br>**Chicago, IL  60678** | | H | **2012 Medical bill** | | | | **107.00** |
| ACCOUNT NO.<br>**Northshore University Health System**<br>**2100 Pfingsten Road**<br>**Glenview, IL  60026** | | | **Assignee or other notification for:**<br>**Northshore University Health System** | | | | |
| ACCOUNT NO.<br>**Van Ru Credit Corporation**<br>**PO Box 1612**<br>**Des Plaines, IL  60017-0000** | | | **Assignee or other notification for:**<br>**Northshore University Health System** | | | | |
| ACCOUNT NO.<br>**Van Ru Credit Corporation**<br>**PO Box 1366**<br>**Des Plaines, IL  60017-0000** | | | **Assignee or other notification for:**<br>**Northshore University Health System** | | | | |
| ACCOUNT NO. **9571**<br>**Northshore University Health System**<br>**9532 Eagle Way**<br>**Chicago, IL  60678** | | W | **2012 Medical bill** | | | | **550.00** |

Sheet no. **21** of **29** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **833.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne                                   Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Northshore University Health System** <br> **23056 Network Place** <br> **Chicago, IL  60673-1230** | | | Assignee or other notification for: <br> **Northshore University Health System** | | | | |
| ACCOUNT NO. **5287xxx** <br> **Northwest Collectors** <br> **3601 Algonquin Rd, Ste 232** <br> **Rolling Meadows, IL  60008** | | W | 08/2007 Collection account for Associated Pathology Consultants | | | | **616.00** |
| ACCOUNT NO. **2587xxx** <br> **Northwest Collectors** <br> **3601 Algonquin Rd, Ste 232** <br> **Rolling Meadows, IL  60008** | | W | 09/2007 Collection account for Elmhurst Radiologists | | | | **490.00** |
| ACCOUNT NO. **5288xxx** <br> **Northwest Collectors** <br> **3601 Algonquin Rd, Ste 232** <br> **Rolling Meadows, IL  60008** | | H | 10/2007 Collection account for Associated Pathology Consultants | | | | **91.00** |
| ACCOUNT NO. **7634** <br> **Northwestern Medical Faculty Foundation** <br> **38693 Eagle Way** <br> **Chicago, IL  60678-1386** | | H | 2011 Medical bill | | | | **23.20** |
| ACCOUNT NO. **2419** <br> **OAD Orthopaedics** <br> **PO Boc 661307** <br> **Chicago, IL  60666** | | H | 2008 Medical bill | | | | **89.00** |
| ACCOUNT NO. **1121** <br> **Orthopaedics Midwest** <br> **1730 Park Street, 101** <br> **Naperville, IL  60563-1290** | | H | 2011 Medical bill | | | | **6.00** |

Sheet no. __22__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,315.20**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne                Case No. _____
            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4692**<br><br>**Peoples Energy**<br>**130 E Randolph Dr, 17th Floor**<br>**Chicago, IL  60601** | | W | **01/2012 Delinquency on utility bill** | | | | 208.00 |
| ACCOUNT NO. **2289**<br><br>**Peterson Urgent Care Center**<br>**4250 N Marine Dr, Ste 236**<br>**Chicago, IL  60613-1792** | | H | **2012 Medical bill** | | | | 85.00 |
| ACCOUNT NO. **7601**<br><br>**Physiotherapy Associates**<br>**1045 S LaGrange Road**<br>**LaGrange, IL  60525-5846** | | H | **Medical bill** | | | | 53.00 |
| ACCOUNT NO. **2359**<br><br>**POM Recoveries**<br>**PO Box 602**<br>**Lindenhurst, NY  11757-0602** | | W | **2011 Medical bill** | | | | 165.00 |
| ACCOUNT NO. **1181**<br><br>**Quest Diagnostics**<br>**PO Box 809403**<br>**Chicago, IL  60680-9403** | | H | **2012 Medical bill** | | | | 7.00 |
| ACCOUNT NO. **0231**<br><br>**Radiologists Of Dupage**<br>**520 E 22nd St**<br>**Lombard, IL  60148** | | H | **2008 Medical bill** | | | | 15.00 |
| ACCOUNT NO. **5048**<br><br>**Radiology Imaging Specialists**<br>**2800 W 95th Street**<br>**Evergreen Park, IL  60805** | | W | **2012 Medical bill** | | | | 519.00 |

Sheet no. __23__ of __29__ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims            (Total of this page)  $ 1,052.00

                                                                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **Pecoraro, Joseph & Pecoraro, Roxanne**                                    Case No. _____
_____
              Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ICS**<br>**PO Box 1010**<br>**Tinley Park, IL  60477-9110** | | | Assignee or other notification for:<br>**Radiology Imaging Specialists** | | | | |
| ACCOUNT NO. **7147**<br>**Resurgent Capital Services**<br>**PO Box 10466**<br>**Greenville, SC  29603** | | H | **2008 Collection account for Credit One Bank** | | | | **566.00** |
| ACCOUNT NO.<br>**Resurgent Capital Services**<br>**15 S Main Street, Ste 700**<br>**Greenville, SC  29601** | | | Assignee or other notification for:<br>**Resurgent Capital Services** | | | | |
| ACCOUNT NO. **2052**<br>**Resurgent Capital Services**<br>**PO Box 10466**<br>**Greenville, SC  29603** | | H | **2012 Collection account** | | | | **722.00** |
| ACCOUNT NO.<br>**LVNV Funding LLC**<br>**625 Pilot Road, Ste 2**<br>**Las Vegas, NV  89119** | | | Assignee or other notification for:<br>**Resurgent Capital Services** | | | | |
| ACCOUNT NO.<br>**Resurgent Capital Services**<br>**15 S Main Street, Ste 700**<br>**Greenville, SC  29601** | | | Assignee or other notification for:<br>**Resurgent Capital Services** | | | | |
| ACCOUNT NO. **3763**<br>**Sleep RX**<br>**5204 Reliable Parkway**<br>**Chicago, IL  60686-0052** | | H | **2010 Medical bill** | | | | **485.00** |

Sheet no. __24__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,773.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                                    Case No. _____
                        Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9883**<br>**Sportsmed Wheaton Orthopeadics**<br>**327 Gunderson Drive**<br>**Carol Stream, IL  60188** | | H | **2010 Medical bill** | | | | **521.00** |
| ACCOUNT NO.<br>**Diversified Services**<br>**PO Box 80185**<br>**Phoenix, AZ  85060-0185** | | | **Assignee or other notification for:**<br>**Sportsmed Wheaton Orthopeadics** | | | | |
| ACCOUNT NO.<br>**Sportsmed Wheaton Orthopeadics**<br>**350 S Northwest Highway**<br>**Park Ridge, IL  60068-4216** | | | **Assignee or other notification for:**<br>**Sportsmed Wheaton Orthopeadics** | | | | |
| ACCOUNT NO. **3134xxx**<br>**Stanislaus Credit Control**<br>**PO Box 480**<br>**Modesto, CA  95354-1011** | | W | **05/2010 Collection account for Cepamerica** | | | | **194.00** |
| ACCOUNT NO.<br>**Stanislaus Credit Control**<br>**914 14th Street**<br>**Modesto, CA  95354-1110** | | | **Assignee or other notification for:**<br>**Stanislaus Credit Control** | | | | |
| ACCOUNT NO. **5224xxx**<br>**Stanislaus Credit Control**<br>**914 14th Street**<br>**Modesto, CA  95354-1110** | | H | **11/2010 Collection account for Cepamerica** | | | | **83.00** |
| ACCOUNT NO. **9133**<br>**Stanislaus Credit Control**<br>**914 14th Street**<br>**Modesto, CA  95354-1110** | | J | **2011 Collection account for Cepamerica** | | | | **15.50** |

Sheet no. __**25**__ of __**29**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 813.50

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne                    Case No. _____
                                   Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CEP America <br> PO Box 582663 <br> Modesto, CA 95358-0045** | | | Assignee or other notification for: **Stanislaus Credit Control** | | | | |
| ACCOUNT NO. **1553xxx** <br> **State Collection Service <br> 2509 S Stoughton Road <br> Madison, WI 53716** | | W | 09/2009 Collection account for OAD Orthopaedics | | | | **557.00** |
| ACCOUNT NO. <br> **State Collection Service <br> PO Box 6250 <br> Madison, WI 53701-0000** | | | Assignee or other notification for: **State Collection Service** | | | | |
| ACCOUNT NO. **9736** <br> **Suburban Ear Nos & Throat Specialists <br> PO Box 3839 <br> Carol Stream, IL 60132-3839** | | H | 2011 Medical bill | | | | **27.00** |
| ACCOUNT NO. **2576** <br> **Swedish Covenant Hospital <br> 3732 Pay Sphere Circle <br> Chicago, IL 60674-0037** | | H | 2011/12 Medical bill | | | | **540.00** |
| ACCOUNT NO. <br> **Armor Systems Corporation <br> 1700 Kiefer Dr, Ste 1 <br> Zion, IL 60099-5105** | | | Assignee or other notification for: **Swedish Covenant Hospital** | | | | |
| ACCOUNT NO. **4676** <br> **Swedish Emergency Assoc PC <br> PO Box 5940 <br> Carol Stream, IL 60197-5940** | | H | 2011 Medical bill | | | | **9.00** |

Sheet no. **26** of **29** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,133.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                    Case No. _____
<u>                                                        </u>
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4831**<br>**Take Care Health Systems**<br>**16760 Collections Center**<br>**Chicago, IL 60693** | | J | **2011 Medical bill** | | | | **9.30** |
| ACCOUNT NO. **4854**<br>**Take Care Health Systems**<br>**1901 E Voorhees, Ms 3099**<br>**Danville, IL 61832** | | J | **2009 Medical bill** | | | | **13.00** |
| ACCOUNT NO. **8319**<br>**Transworld Systems**<br>**2235 Mercury Way, Ste 275**<br>**Santa Rosa, CA 95407** | | H | **2012 Collection account** | | | | **485.00** |
| ACCOUNT NO.<br>**Transworld Systems**<br>**1375 East Woodfield, 110**<br>**Schaumburg, IL 60173-0000** | | | **Assignee or other notification for: Transworld Systems** | | | | |
| ACCOUNT NO. **0177**<br>**University Of Chicago Physicians Group**<br>**1801 W Taylor**<br>**Chicago, IL 60612** | | W | **2012 Medical bill** | | | | **168.49** |
| ACCOUNT NO. **9538**<br>**Urgent Care SC**<br>**2300 W Peterson Ave**<br>**Chicago, IL 60659-5203** | | H | **2011/12 Medical bill** | | | | **97.00** |
| ACCOUNT NO. **6667**<br>**US Cellular**<br>**PO Box 0203**<br>**Palatine, IL 60055-0203** | | H | **2011 Delinquent utility bill** | | | | **850.00** |

Sheet no. **27** of **29** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **1,622.79**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pecoraro, Joseph & Pecoraro, Roxanne
_____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AFNI<br>PO Box 3517<br>Bloomington, IL 61702-3517 | | | Assignee or other notification for:<br>US Cellular | | | | |
| ACCOUNT NO. 3191<br>VHS Of Illinois<br>9039 Payshere Circle<br>Chicago, IL 60674 | | H | 2011 Medical bill | | | | 107.00 |
| ACCOUNT NO.<br>CB Accounts Inc<br>PO Box 805184<br>Kansas City, MO 64180-5184 | | | Assignee or other notification for:<br>VHS Of Illinois | | | | |
| ACCOUNT NO.<br>Credit Control<br>PO Box 488<br>Hazelwood, MO 63042 | | | Assignee or other notification for:<br>VHS Of Illinois | | | | |
| ACCOUNT NO. 7617<br>Vion Holdings<br>PO Box 39<br>Atlanta, GA 30339 | | W | 2011 Collection account | | | | 38.00 |
| ACCOUNT NO.<br>Allianceone Receivables Management<br>PO Box 3104<br>Southeastern, PA 19398-3104 | | | Assignee or other notification for:<br>Vion Holdings | | | | |
| ACCOUNT NO. 2433<br>Wheaton Fire Department<br>PO Box 457<br>Wheeling, IL 60090 | | H | 2007 Medical bill | | | | 325.00 |

Sheet no. __28__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 470.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6770** <br><br>**Windy City Orthopaedics And Sports Medic** <br>**2617 W Peterson Ave** <br>**Chicago, IL  60659** | | H | **2012 Medical bill** | | | | **196.00** |
| ACCOUNT NO. <br><br>**First Federal Credit Control** <br>**PO Box 20790** <br>**Columbus, OH  43220-0000** | | | **Assignee or other notification for:** <br>**Windy City Orthopaedics And Sports Medic** | | | | |
| ACCOUNT NO. **2694** <br><br>**Young In Martial Arts** <br>**6232 S Pulaski Road** <br>**Chicago, IL  60629** | | H | **2012 Fees** | | | | **1,995.00** |
| ACCOUNT NO. <br><br>**National Credit Managers Inc** <br>**PO Box 140925** <br>**Orlando, FL  32814-0925** | | | **Assignee or other notification for:** <br>**Young In Martial Arts** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**29**___ of ___**29**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,191.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **86,336.10**

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                                        Case No. _____
_____
                                        Debtor(s)                                                                                   (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                                    Case No. _____
                                        Debtor(s)                                                                                      (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): **Child** **Child** **Child** | | AGE(S): **17** **13** **11** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Paramedic** | **Unemployed** |
| Name of Employer | **City Of Chicago  - Fire Department Departmen** | **Not Collecting/Earning Income** |
| How long employed | **4 years** | **1 years** |
| Address of Employer | **33 N LaSalle St, Ste 700** **Chicago, IL  60602-0000** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 7,859.24 | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ 7,859.24 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and Social Security | $ 945.08 | $ _____ |
|   b. Insurance | $ 153.92 | $ _____ |
|   c. Union dues | $ 63.00 | $ _____ |
|   d. Other (specify)   **Pension** | $ 544.47 | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 1,706.47 | $ 0.00 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 6,152.77 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 6,152.77 | $ 0.00 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)                    $ 6,152.77

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor's employer has hired additional paramedics and, as a result, Debtor anticipates his overtime will substantially decrease.**

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

**IN RE** Pecoraro, Joseph & Pecoraro, Roxanne                                                    Case No. _____
_____                                                    (If known)
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,300.00 |
|    a. Are real estate taxes included?    Yes _____  No ✓ | | |
|    b. Is property insurance included?  Yes _____  No ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 250.00 |
|    b. Water and sewer | $ | |
|    c. Telephone | $ | 185.00 |
|    d. Other  **Cable & Internet** | $ | 106.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 60.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 578.00 |
| 8. Transportation (not including car payments) | $ | 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 25.00 |
|    b. Life | $ | 99.75 |
|    c. Health | $ | |
|    d. Auto | $ | 100.00 |
|    e. Other  **Disability Insurance** | $ | 66.60 |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 599.99 |
|    b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other  **See Schedule Attached** | $ | 1,360.45 |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.            $ _____ 6,680.79

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**See Continuation Sheet**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 6,152.77 |
|    b. Average monthly expenses from Line 18 above | $ | 6,680.79 |
|    c. Monthly net income (a. minus b.) | $ | -528.02 |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pecoraro, Joseph & Pecoraro, Roxanne**                                Case No. _____
_____
Debtor(s)

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 2**

Other Expenses (DEBTOR)

| | |
|---|---:|
| **Gym Membership** | **20.00** |
| **Husband Firehouse Expenses For Employment** | **184.50** |
| **Wife Education To Obtain Employment** | **208.00** |
| **Husband Uniforms, Tools, & License For Employment** | **36.60** |
| **Husband's Continuing Education For Employment** | **16.60** |
| **Child Care** | **87.50** |
| **Grooming** | **100.00** |
| **Children's School Fees, Expenses & Tutoring** | **513.50** |
| **Children's Activities & Sports** | **193.75** |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Pecoraro, Joseph & Pecoraro, Roxanne                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 2 of 2

Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

**Both 17 & 13 year old children require braces. Cost is $2,500 per child.**

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Pecoraro, Joseph & Pecoraro, Roxanne                                    Case No. _____
_____                                                    (If known)
                Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**46** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 11, 2013**_____    Signature: */s/ Joseph  Pecoraro*_____
                                                        **Joseph  Pecoraro**                                                        Debtor

Date: **March 11, 2013**_____    Signature: */s/ Roxanne  Pecoraro*_____
                                                        **Roxanne  Pecoraro**                                            (Joint Debtor, if any)
                                                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                        _____
                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/12)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:

Pecoraro, Joseph & Pecoraro, Roxanne
_____
Debtor(s)

Case No. _____

Chapter **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 9,006.03 | 2013 Gross income from employment through January |
| 88,429.00 | 2012 Gross income from employment |
| 72,273.00 | 2012 Gross income from employment |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Chicago Fireman's Credit Union**<br>**2453 S Archer Ave**<br>**Chicago, IL  60616-0000** | **Twice monthly over last 3 months** | **960.00** | **0.00** |
| Payment on personal loan | | | |
| **Chicago Fire Officers Ass Credit Union**<br>**10231 S Western Ave**<br>**Chicago, IL  60643-0000** | **Twice monthly over last 3 months** | **628.02** | **0.00** |
| Payment on personal loan | | | |
| **Santander Consumer USA**<br>**PO Box 660633**<br>**Dallas, TX  75266-0633** | **March 2013** | **1,000.00** | **0.00** |
| Payment on car loan | | | |
| **Santander Consumer USA**<br>**PO Box 660633**<br>**Dallas, TX  75266-0633** | **Jan 2013** | **630.00** | **0.00** |
| Payment on car loan and delinquency | | | |
| **Santander Consumer USA**<br>**PO Box 660633**<br>**Dallas, TX  75266-0633** | **Dec 2012** | **600.00** | **0.00** |
| Payment on car loan | | | |

None ☑ *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **JRSI v. Joseph Pecararo - 13 M1<br>106756** | **Collection suit** | **Circuit Court of Cook County, IL** | **Pending** |
| **Nicholas Canby et al v. City of<br>Chicago - 12 CV 669** | **FLSA Class Action** | **US District Court for the Norther<br>District of Illinois, Eastern<br>Division** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Offices Of Robert J. Skowronski**<br>6160 N. Cicero Ave, Ste 232<br>Chicago, IL 60646 | | 194.00 |

## 10. Other transfers

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑   List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☐   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **5200 S Mason Ave, Chicago, IL 60638** | | **11/09 - 05/2011** |

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **March 11, 2013**                     Signature ***/s/ Joseph  Pecoraro***

                                            of Debtor                                                      **Joseph  Pecoraro**

Date: **March 11, 2013**                     Signature ***/s/ Roxanne  Pecoraro***

                                            of Joint Debtor                                                **Roxanne  Pecoraro**
                                            (if any)

                              **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                      Case No. _____

Pecoraro, Joseph & Pecoraro, Roxanne _____    Chapter **7** _____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Santander Consumer USA** | **Describe Property Securing Debt:**<br>**2012 Dodge Journey automobile with approximatly 8,000 mil** |
| Property will be *(check one)*:<br>☐ Surrendered  ☑ Retained<br><br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☑ Other. Explain **Retain and pay pursuant to contract**  (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is *(check one)*:<br>☐ Claimed as exempt  ☑ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be *(check one)*:<br>☐ Surrendered  ☐ Retained<br><br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is *(check one)*:<br>☐ Claimed as exempt  ☐ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**March 11, 2013**_____        **/s/ Joseph  Pecoraro** _____
                                           Signature of Debtor

                                           **/s/ Roxanne  Pecoraro** _____
                                           Signature of Joint Debtor

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                      Case No. _____

Pecoraro, Joseph & Pecoraro, Roxanne                        Chapter **7**_____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **156**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 11, 2013**_____      **/s/ Joseph  Pecoraro**_____
                                        Debtor


                                        **/s/ Roxanne  Pecoraro**_____
                                        Joint Debtor

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Pecoraro, Joseph
5736 N Richmond Street, Apt 1
Chicago, IL  60659

AFNI
PO Box 3427
Bloomington, IL  61702-3427

Assigned Credit Solutions
800 North Kings Highway, Ste 100
Cherry Hill, NJ  08034

Pecoraro, Roxanne
5736 N Richmond Street
Chicago, IL  60659

AFNI
PO Box 3097
Bloomington, IL  61702-0000

Associated Pathology Consultants
PO Box 3680
Peoria, IL  61612

The Law Offices Of Robert J. Skowronski
6160 N. Cicero Ave, Ste 232
Chicago, IL  60646

Allianceone Receivables Management
PO Box 3104
Southeastern, PA  19398-3104

AT&T Mobility
PO Box 105503
Atlanta, GA  30348-5503

Advanced Diagnostics
232 W Peterson, Ste 2
Chicago, IL  60659

Allstate Indemnity Company
PO Box 12055
Roanoke, VA  24018

ATG Credit LLC
PO Box 14895
Chicago, IL  60614-0895

Advanced Radiology Consultants SC
520 E 22nd Street
Lombard, IL  60148

American Agencies Inc
PO Box 115
Clarendon Hills, IL  60514-0000

Athletico
709 Enterprise Drive
Oak Brook, IL  60523

Advocate Health & Hospital Corp
C/O Gail D Hasbrouck
2025 Windsor Drive
Oak Brook, IL  60523-0000

American Credit Bureau Inc
1200 N Federal Highway, Ste 200
Boca Raton, FL  33432

Atlantic Credit And Finance
2727 Franklin Road SW
Roanoke, VA  24014

Advocate Health Centers
1460 N Halsted, 401
Chicago, IL  60642

Apria Healthcare
PO Box 802017
Chicago, IL  60680-2017

Berwyn Police Department
6401 W 31st Street
Berwyn, IL  60402

Advocate Lutheran General Hospital
PO Box 4249
Carol Stream, IL  60197-4249

Archer Family Medical Group
6649 W Archer Ave
Chicago, IL  60638-2419

Capital One Auto Finance
PO Box 60511
City Of Industry, CA  91716

Advocate Medical Group
PO Box 92523
Chicago, IL  60675-2523

Armor Systems Corporation
1700 Kiefer Dr, Ste 1
Zion, IL  60099-5105

CB Accounts Inc
PO Box 805184
Kansas City, MO  64180-5184

AFNI
PO Box 3517
Bloomington, IL  61702-3517

Armor Systems Corporation
2322 N Green Bay Road
Waukegan, IL  60087-4209

CBCS
PO Box 163250
Columbus, OH  43216-0000

**Central Dupage Hospital**
**PO Box 4090**
**Carol Stream, IL  60197**

**Credit Collection Services**
**PO Box 55126**
**Boston, MA  02205**

**Dupage Meta Vascular Medicine**
**PO Box 479**
**Winfield, IL  60190-0479**

**Central Dupage Hospital**
**Dept 4698**
**Carol Stream, IL  60122-4698**

**Credit Control**
**PO Box 488**
**Hazelwood, MO  63042**

**Dupage Neurological Associates**
**PO Box 843450**
**Boston, MA  02284**

**CEP America**
**PO Box 582663**
**Modesto, CA  95358-0045**

**Credit Managment**
**17070 Dallas Parkway**
**Dallas, TX  75248-1950**

**DuPage Pathology Associates**
**520 E 22nd St**
**Lombard, IL  60148-6110**

**Chicago Fire Officers Ass Credit Union**
**10231 S Western Ave**
**Chicago, IL  60643**

**Credit Managment**
**4200 International Parkway**
**Carrolton, TX  75007**

**Edgnebrook Radiology**
**PO Box 7389**
**Prospect Heights, IL  60070-7389**

**Chicago Fireman's Credit Union**
**2453 S Archer Ave**
**Chicago, IL  60616**

**Creditors Discount & Aud**
**PO Box 213**
**Streator, IL  61364-0213**

**Elmhurst Anesthesiologist**
**PO Box 87916**
**Carol Stream, IL  60188-7916**

**CMRE Financial Services**
**3075 E Imperial Hwy, Ste 200**
**Brea, CA  92821**

**Creditors Discount & Aud**
**415 E Main Street**
**Streator, IL  61364-0213**

**Elmhurst Clinic**
**172 Schiller Street**
**Elmhurst, IL  60126**

**Comcast**
**PO Box 3002**
**Southeastern, PA  19398-3002**

**Dean R Milos MD**
**332 N York Rd**
**Elmhurst, IL  60126-2318**

**Elmhurst Clinic**
**75 Remittance Drive, Ste 1253**
**Chicago, IL  60675-1253**

**Computer Credit Inc**
**640 West Fourth St**
**Winston-Salem, NC  27113-5238**

**Diversified Services**
**PO Box 80185**
**Phoenix, AZ  85060-0185**

**Elmhurst Hospital**
**Dept 4052**
**Carol Stream, IL  60122**

**Consultants In Clinical Pathology**
**37416 Eagle Way**
**Chicago, IL  60678**

**DuPage Medical Group**
**15921 Collections Center Drive**
**Chicago, IL  60693-0159**

**Elmhurst Memorial Hospital**
**PO Box 92348**
**Chicago, IL  60675-2348**

**Crandon Emergency Physicians**
**PO Box 42911**
**Philadelphia, PA  19101-2911**

**DuPage Medical Group**
**1860 Paysphere Circle**
**Chicago, IL  60674**

**Elmhurst Outpatient Surgery Center**
**1200 S York Rd**
**Elhurst, IL  60126-0000**

**Elmhurst Outpatient Surgery Center**
**1200 S York Rd**
**Elhurst, IL  60126**

**Forest Recovery Services LLC**
**PO Box 83**
**Barrington, IL  60011-0083**

**ILL Department Of Employment Security**
**33 South  State Street, 10th Floor**
**Chicago, IL  60603-0000**

**EOS CCA**
**PO Box 556**
**Norwell, MA  02061-0556**

**Genesis Clinical Laboratory**
**1590 Paysphere Circle**
**Chicago, IL  60674-0015**

**Illinois Department Of Revenue**
**PO Box 64338**
**Chicago, IL  60664-0338**

**EOS Group**
**700 Longwater Drive**
**Norwell, MA  02061**

**GFS REsolve**
**PO Box 4865**
**Beaverton, OR  97079-4865**

**JRSI Inc**
**421 N Northwest Hwy**
**Barrington, IL  60010**

**Evergreen Emergency Services**
**PO Box 428080**
**Evergreen Park, IL  60805**

**Glen Ellyn Family Dental Care**
**658 Roosevelt Road**
**Glen Elen, IL  60137**

**L Donald Huelson**
**16128 S Summertree Lane**
**Olathe, KS  66062-7061**

**FFCC Columbus Inc**
**PO Box 20790**
**Columbus, OH  43220**

**Healthcare Recovery Solutions**
**PO Box 51315**
**Los Angeles, CA  90051-1165**

**Law Offices Of Steven J Fink**
**25 E Washington, Ste 1233**
**Chicago, IL  60602-0000**

**Fifth Third Bank**
**PO Box 630900**
**Cincinnati, OH  45263-0900**

**HFC**
**PO Box 9068**
**Brandon, FL  33509-0000**

**Little Company Of May Hospital**
**736 W 95th Street**
**Chicago, IL  60628**

**First Federal Credit Control**
**PO Box 20790**
**Columbus, OH  43220-0000**

**Hinsdale Anesthesia Associates**
**Dept 77 9131**
**Chicago, IL  60678-9131**

**Little Company Of May Hospital Payment**
**2800 West 95th Street**
**Evergreen Park, IL  60805-2701**

**First Financial Investment Fund V**
**230 Peachtree SW, Ste 1500**
**Atlanta, GA  30303-1532**

**HSBC Payment Processing**
**PO Box 4153**
**Carol Stream, IL  60197-4153**

**Loyola University Medical Center**
**PO Box 6559**
**Carol Stream, IL  60197-6559**

**First National Collection Bureau**
**PO Box 51660**
**Sparks, NV  89435-0000**

**Huelson Law Firm**
**16029 South Bradle**
**Olathe, KS  66062**

**Loyola University Physicians Group**
**2160 S 1st Ave**
**Maywood, IL  60153**

**First Premier Bank**
**3820 N Louise Ave**
**Sioux Falls, SD  57107**

**ICS**
**PO Box 1010**
**Tinley Park, IL  60477-9110**

**Lutheran General Hospital**
**1775 Dempster Street**
**Park Ridge, IL  60068**

**Lutheran General Hospital**
PO Box 73208
Chicago, IL  60673-7208

**Meier Clinics**
PO Box 1971
Rockford, IL  61110

**National Credit Managers Inc**
PO Box 140925
Orlando, FL  32814-0925

**LVNV Funding**
C/O CT Corporate Systems
208 S LaSalle St, Ste 814
Chicago, IL  60604

**Merchants Credit Guide**
223 W Jackson Blvd, Ste 410
Chicago, IL  60606

**Nationwide Credit & Collection**
815 Commerce Drive, Ste 100
Oak Brook, IL  60523

**LVNV Funding LLC**
625 Pilot Road, Ste 2
Las Vegas, NV  89119

**Merchants Credit Guide**
223 W Jackson Blvd, Ste 900
Chicago, IL  60606

**Newsome Physical Therapy Network**
920 Essington Road
Joliet, IL 60435

**M&M Orthopaedics**
4115 Fairview Ave
Downer's Grove, IL 60515

**Merchants Interstate Collection Agency**
640 Plaza Drive, Ste 310
Highlands Ranch, CO  81029-2399

**Northshore University Health System**
9532 Eagle Way
Chicago, IL  60678

**M3 Financial Services Inc**
PO Box 7230
Westchester, IL  60154-0000

**Metropolitan Advanced Radiological Svcs**
3249 Oak Park Ave
Berwyn, IL  60402

**Northshore University Health System**
2100 Pfingsten Road
Glenview, IL  60026

**Macneal Hospital Payment Address**
2384 Paysphere Circle
Chicago, IL  60674-0023

**Midwest Dental Sleep Center**
150 E Huron St, 1103
Chicago, IL  60611

**Northshore University Health System**
23056 Network Place
Chicago, IL  60673-1230

**Medical Business Bureau**
PO Box 1219
Park Ridge, IL  60068-7219

**Midwest Earn Nose & Throat Consultatns**
25 N Winfield Rd, 519
Winfield, IL  60190

**Northwest Collectors**
3601 Algonquin Rd, Ste 232
Rolling Meadows, IL  60008

**Medical Business Bureau**
1460 Renaissance Drive
Park Ridge, IL  60068

**Midwest Orthopedics**
One Westbrook Corporate Center, Ste 240
Westchester, IL  60154

**Northwestern Medical Faculty Foundation**
38693 Eagle Way
Chicago, IL  60678-1386

**Medical Collections Specialists**
PO Box 314
Bargersville, IN  46106-0000

**Mira Med Revenue Group**
991 Oak Creek Drive
Lombard, IL  60148-6408

**OAD Orthopaedics**
PO Boc 661307
Chicago, IL  60666

**Medical Recovery Specialists**
2250 E Devon Ave, Ste 352
Des Plaines, IL  60018-4521

**Naperville Physical Therapy**
630 E Ogden Ave
Naperville, IL  60563

**Orthopaedics Midwest**
1730 Park Street, 101
Naperville, IL  60563-1290

Peoples Energy
130 E Randloph Dr, 17th Floor
Chicago, IL  60601

Santander Consumer USA
PO Box 961245
Fort Worth, TX  76161-0244

Suburban Ear Nos & Throat Specialists
PO Box 3839
Carol Stream, IL  60132-3839

Peterson Urgent Care Center
4250 N Marine Dr, Ste 236
Chicago, IL  60613-1792

Santander Consumer USA
PO Box 660633
Dallas, TX  75266-0633

Swedish Covenant Hospital
3732 Pay Sphere Circle
Chicago, IL  60674-0037

PFG Of Minnesota
7825 Washington Ave S Ste 310
Minneapolis, MN  55439-2409

Sleep RX
5204 Reliable Parkway
Chicago, IL  60686-0052

Swedish Emergency Assoc PC
PO Box 5940
Carol Stream, IL  60197-5940

Physiotherapy Associates
1045 S LaGrange Road
LaGrange, IL  60525-5846

Source Receivables Managment
PO Box 4068
Greensboro, NC  27404-4068

Take Care Health Systems
16760 Collections Center
Chicago, IL  60693

POM Recoveries
PO Box 602
Lindenhurst, NY  11757-0602

Sportsmed Wheaton Orthopeadics
350 S Northwest Highway
Park Ridge, IL  60068-4216

Take Care Health Systems
1901 E Voorhees, Ms 3099
Danville, IL  61832

Quest Diagnostics
PO Box 809403
Chicago, IL  60680-9403

Sportsmed Wheaton Orthopeadics
327 Gunderson Drive
Carol Stream, IL  60188

Transworld Systems
2235 Mercury Way, Ste 275
Santa Rosa, CA  95407

Radiologists Of Dupage
520 E 22nd St
Lombard, IL  60148

Stanislaus Credit Control
914 14th Street
Modesto, CA  95354-1110

Transworld Systems
1375 East Woodfield, 110
Schaumburg, IL  60173-0000

Radiology Imaging Specialists
2800 W 95th Street
Evergreen Park, IL  60805

Stanislaus Credit Control
PO Box 480
Modesto, CA  95354-1011

University Of Chicago Physicians Group
1801 W Taylor
Chicago, IL  60612

Resurgent Capital Services
PO Box 10466
Greenville, SC  29603

State Collection Service
PO Box 6250
Madison, WI  53701-0000

Urgent Care SC
2300 W Peterson Ave
Chicago, IL  60659-5203

Resurgent Capital Services
15 S Main Street, Ste 700
Greenville, SC  29601

State Collection Service
2509 S Stoughton Road
Madison, WI  53716

US Cellular
PO Box 0203
Palatine, IL  60055-0203

**US Department Of Treasury**
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA  19101-7346**


**Van Ru Credit Corporation**
**PO Box 1612**
**Des Plaines, IL  60017-0000**


**Van Ru Credit Corporation**
**PO Box 1366**
**Des Plaines, IL  60017-0000**


**Verizon Wireless Co**
**PO Box 25505**
**Lehigh Valley, PA  18002-5505**


**VHS Of Illinois**
**9039 Payshere Circle**
**Chicago, IL  60674**


**Vion Holdings**
**PO Box 39**
**Atlanta, GA  30339**


**Wheaton Fire Department**
**PO Box 457**
**Wheeling, IL  60090**


**Windy City Orthopaedics And Sports Medic**
**2617 W Peterson Ave**
**Chicago, IL  60659**


**Young In Martial Arts**
**6232 S Pulaski Road**
**Chicago, IL  60629**